## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.I.SV.EL. SOCIETA ITALIANA PER LO SVILUPPO DELL'ELETTRONICA S.P.A,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAKUTEN KOBO INC.<br><br>　　　　　Defendant. | **Civil Action No. 1:18-cv-68-GMS** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that all claims asserted by the Plaintiff in the above-captioned action are hereby dismissed with prejudice, by agreement of the parties, pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

-2-

DATED: January 28, 2019

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
tdevlin@devlinlawfirm.com
Devlin Law Firm LLC
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*S.I.SV.EL. SOCIETA ITALIANA PER LO SVILUPPO DELL'ELETTRONICA S.P.A*

Respectfully,

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

OF COUNSEL:

Joshua L. Raskin
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200

*Attorneys for Defendant Rakuten Kobo Inc*

**SO ORDERED THIS** ____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Timothy Devlin*
Timothy Devlin
